UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
:
KATHRYN JORDAN, *pro se*,  :
: Case No. 09-cv-10616 (DAB)(THK)
Plaintiff,  :
: *Electronically Filed Document*
-against-  :
:
JUDGE JONATHAN LIPPMAN, JUDGE JUDITH :
KAYE, JUDGE LUIS GONZALEZ, JUDGE :
ROLANDO T. ACOSTA, JUDGE JAMES :
CATTERSON, JUDGE DAVID FRIEDMAN, : **DBR DEFENDANTS AND BATES'**
JUDGE JOSEPH P. SULLIVAN, JUDGE PETER : **NOTICE OF MOTION TO DISMISS**
TOM, MARCY FRIEDMAN, JUDGE SHIRA S. : **COMPLAINT WITH PREJUDICE**
SCHEINDLIN, JUDGE GEORGE P. DANIELS, :
JUDGE GERARD LYNCH, JUDGE RONALD :
ELLIS, SECOND CIRCUIT COURT OF APPEALS :
(c/o JUDGE RALPH WINTER & CLERK OF :
COURT), NEW YORK COMMISSION ON :
JUDICIAL CONDUCT, NEW YORK COUNTY :
CLERK, GREGORY HOMER, DONALD :
BESHADA, DRINKER BIDDLE & REATH LLP, :
KENNETH GAGE, PAUL HASTINGS, LAURENCE :
LEBOWITZ, KLEIN ZELLMAN, GARY PHELAN, :
WAYNE OUTTEN, OUTTEN & GOLDEN, DAVID :
M. FISH, ROSEN LEFF, VERIZON, GENERAL :
COUNSEL, WPP, GENERAL COUNSEL, :
:
Defendants.  :
:
---------------------------------------------------------------- x

PLEASE TAKE NOTICE that upon the annexed Declaration of Robert M. Leonard in Support of the DBR Defendants and Bates' Motion to Dismiss, dated April 12, 2010, and the accompanying Memorandum of Law of the DBR Defendants and Bates in Support of Their Motion to Dismiss the Complaint, and the pleadings and prior proceedings herein, defendants Gregory Homer, Donald Beshada, Drinker Biddle & Reath LLP (the "DBR Defendants") and defendants Bates Advertising USA, Inc. and Bates Advertising Holdings, Inc., f/k/a AC&R

Advertising, Inc., (improperly plead as "WPP, General Counsel," a non-existent entity and collectively referred to as "Bates"), will jointly move this Court, before the Honorable Judge Deborah A. Batts at the United States Courthouse, 500 Pearl Street, Room 2510, New York, New York 10007 for an Order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff's Complaint with Prejudice.

Dated: April 12, 2010

                    DRINKER BIDDLE & REATH LLP

By:    /s/ Robert M. Leonard
        Robert M. Leonard
        140 Broadway, 39th Floor
        New York, NY 10005-1116
        Tel: (212) 248-3140
        Fax: (212) 248-3141
        robert.leonard@dbr.com
        *Attorneys for Defendants Gregory Homer, Donald Beshada, Drinker Biddle & Reath LLP, Bates Advertising USA, Inc., and Bates Advertising Holdings, Inc. f/k/a AC&R Advertising, Inc., (improperly plead as "WPP, General Counsel," a non-existent entity)*

To:    Kathryn Jordan, *pro se*
       954 Lexington Avenue, #502
       New York, New York 10021

       Counsel of Record