UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:
KATHRYN JORDAN, *pro se*, :
: Case No. 09-cv-10616 (DAB)(THK)
Plaintiff, :
: *Electronically Filed Document*
-against- :
:
JUDGE JONATHAN LIPPMAN, JUDGE JUDITH :
KAYE, JUDGE LUIS GONZALEZ, JUDGE :
ROLANDO T. ACOSTA, JUDGE JAMES : **CORPORATE DISCLOSURE**
CATTERSON, JUDGE DAVID FRIEDMAN, : **RULE 7.1 STATEMENT**
JUDGE JOSEPH P. SULLIVAN, JUDGE PETER :
TOM, MARCY FRIEDMAN, JUDGE SHIRA S. :
SCHEINDLIN, JUDGE GEORGE P. DANIELS, :
JUDGE GERARD LYNCH, JUDGE RONALD :
ELLIS, SECOND CIRCUIT COURT OF APPEALS :
(c/o JUDGE RALPH WINTER & CLERK OF :
COURT), NEW YORK COMMISSION ON JUDI- :
CIAL CONDUCT, NEW YORK COUNTY CLERK, :
GREGORY HOMER, DONALD BESHADA, :
DRINKER BIDDLE & REATH LLP, KENNETH :
GAGE, PAUL HASTINGS, LAURENCE :
LEBOWITZ, KLEIN ZELLMAN, GARY PHELAN, :
WAYNE OUTTEN, OUTTEN & GOLDEN, DAVID :
M. FISH, ROSEN LEFF, VERIZON, GENERAL :
COUNSEL, WPP, GENERAL COUNSEL, :
:
Defendants. :
:
------------------------------------------------------------------ x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Bates Advertising USA, Inc. and Bates Advertising Holdings, Inc., f/k/a AC&R Advertising, Inc., (improperly plead as "WPP, General Counsel," a non-existent entity), certifies the following:

      Bates Advertising Holdings, Inc., f/k/a AC&R Advertising, Inc., was merged into Bates Advertising USA, Inc.  The ultimate corporate parent of Bates Advertising USA, Inc. is

WPP plc, which is a publically traded entity located in Dublin, Ireland.

Dated: April 12, 2010

                                         Respectfully submitted,

                                         DRINKER BIDDLE & REATH LLP

By: */s/ Robert M. Leonard*
     Robert M. Leonard
     140 Broadway, 39th Floor
     New York, NY 10005-1116
     Tel: (212) 248-3140
     Fax: (212) 248-3141
     robert.leonard@dbr.com
     *Attorneys for Defendants Gregory Homer, Donald Beshada, Drinker Biddle & Reath LLP, Bates Advertising USA, Inc., and Bates Advertising Holdings, Inc., f/k/a AC&R Advertising, Inc., (improperly plead as "WPP, General Counsel," a non-existent entity)*