UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
KATHRYN JORDAN, *pro se*,

      Plaintiff,

  -against-

JUDGE JONATHAN LIPPMAN, JUDGE JUDITH KAYE, JUDGE LUIS GONZALEZ, JUDGE ROLANDO T. ACOSTA, JUDGE JAMES CATTERSON, JUDGE DAVID FRIEDMAN, JUDGE JOSEPH P. SULLIVAN, JUDGE PETER TOM, MARCY FRIEDMAN, JUDGE SHIRA S. SCHEINDLIN, JUDGE GEORGE P. DANIELS, JUDGE GERARD LYNCH, JUDGE RONALD ELLIS, SECOND CIRCUIT COURT OF APPEALS (c/o JUDGE RALPH WINTER & CLERK OF COURT), NEW YORK COMMISSION ON JUDICIAL CONDUCT, NEW YORK COUNTY CLERK, GREGORY HOMER, DONALD BESHADA, DRINKER BIDDLE & REATH LLP, KENNETH GAGE, PAUL HASTINGS, LAURENCE LEBOWITZ, KLEIN ZELLMAN, GARY PHELAN, WAYNE OUTTEN, OUTTEN & GOLDEN, DAVID M. FISH, ROSEN LEFF, VERIZON, GENERAL COUNSEL, WPP, GENERAL COUNSEL,

      Defendants.
------------------------------------------------------------------ x

Case No. 09-cv-10616 (DAB)(THK)

*Electronically Filed Document*

**CORPORATE DISCLOSURE RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Drinker Biddle & Reath LLP certifies the following:

    Drinker Biddle & Reath LLP has no corporate parent and no publicly held corporation

owns ten percent (10%) or more of its stock.

Dated: April 12, 2010

                          Respectfully submitted,

                          DRINKER BIDDLE & REATH LLP

By: */s/ Robert M. Leonard*
    Robert M. Leonard
    140 Broadway, 39th Floor
    New York, NY 10005-1116
    Tel: (212) 248-3140
    Fax: (212) 248-3141
    robert.leonard@dbr.com
    *Attorneys for Defendants Gregory Homer, Donald Beshada, Drinker Biddle & Reath LLP, Bates Advertising USA, Inc., and Bates Advertising Holdings, Inc., f/k/a AC&R Advertising, Inc., (improperly plead as "WPP, General Counsel," a non-existent entity)*